UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 19, 2011

No. 11-2220

KACEE LEE CHANDLER

v.

COMMISSIONER SOCIAL SECURITY,

Appellant

(Agency No. 10-cv-01047)

Present: HARDIMAN, BARRY and VANANTWERPEN, Circuit Judges

    1. Motion by Appellant Commissioner Social Security to Publish 12/7/11 Opinion.


                                   Respectfully,
                                   Clerk/tmk

_____ORDER_____
The foregoing Motion is GRANTED.


                                   By the Court,

                                   /s/ Thomas M. Hardiman
                                   Circuit Judge


Dated:    January 5, 2012
tmk/cc:  Leonard Schaitman, Esq.
        Wesley P. Page, Esq.
        William Kanter, Esq.
        Robert D. Kamenshine, Esq.
        Shawn P. McLaughlin, Esq.